# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>ZACHARY S. SHUMOCK, )<br>)<br>Defendant. ) | Case No. 05-0418-01-CR-W-GAF |

## ORDER DENYING MOTION FOR RECONSIDER OF DETENTION

Pending before the Court is Defendant's Motion for Reconsideration of Detention. (Doc. # 20) The government opposes releasing the defendant on bond. (Doc. # 22) Having considered the additional evidence and argument offered by the defendant, the Court declines to reverse its original findings and conclusions. Accordingly, it is

ORDERED that Defendant's Motion for Reconsideration of Detention (doc. # 20) is denied.

_____/s/_____
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE